IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CEDRICK DIANTE FARRIS                                                                  PLAINTIFF

v.                           Civil No. 5:19-cv-05061

SERGEANT AARON JOHNSON;
CORPORAL D. STAMPS; DEPUTY
B. VINSON; LIEUTENANT STEVEN
DARNER; and CAPTAIN JEREMY GUYLL                                                   DEFENDANTS

## OPINION AND ORDER

Plaintiff, Cedrick Diante Farris, filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

When he filed this case, Plaintiff was incarcerated in the Benton County Detention Center (ECF No. 1). Plaintiff was specifically advised (ECF No. 4) that he was required to immediately inform the Court of any change of address. If Plaintiff was transferred or released, Plaintiff was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On May 6, 2019, May 9, 2019, June 6, 2019, and June 28, 2019, mail was returned to the Court as undeliverable. Defendants filed a motion to dismiss (ECF Nos. 14-16) on June 14, 2019. On June 18, 2019, an Order (ECF No. 18) was entered directing Plaintiff to file a response to the motion to dismiss by July 9, 2019.

Plaintiff did not file a response to the motion to dismiss. Plaintiff has not provided the Court with a new address. More than thirty days has passed since mail was first returned as undeliverable. The Court has not had a correct address for the Plaintiff since May. To date, Plaintiff has not provided a new address or contacted the Court in anyway.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED on this 16th day of July 2019.

/s/ P. K. Holmes, III
P. K. HOLMES, III
U.S. DISTRICT JUDGE